Oswald A. Schlegel, Appellant, *v.* Chase National Bank of the City of New York, as Executor of Rose G. Stern, Deceased, Respondent, et al., Defendants.

Argued April 7, 1954; decided April 23, 1954.

*Borris M. Komar* for appellant.

*Arnold T. Koch* and *Richard G. Hewitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.   [See 307 N. Y. 679.]